# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| James H. Miller, | ) | JUDGMENT IN CASE |
| Plaintiff, | ) | 1:13-cv-00195-MR |
| vs. | ) | |
| Carolyn W. Colvin, | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 12, 2013 Order dismissing this action with prejudice.

January 6, 2014

Frank G. Johns, Clerk
United States District Court